```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| RYAN MAYS, | |
|        Plaintiff, | No. 22-cv-3700 (NLH)(AMD) |
|        v. | MEMORANDUM OPINION |
| ACTING WARDEN CHARLES WARREN, et al., | |
|        Defendants. | |

IT APPEARING THAT:

1. Plaintiff Ryan Mays filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. The Court permitted Plaintiff's complaint to proceed on December 21, 2022. ECF No. 6.

3. The copy of the order that was sent to Plaintiff at his address of record was returned as undeliverable on February 2, 2023. ECF No. 7.

4. The return sticker stated "Return to Sender. Vacant. Unable to Forward." Id.

5. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their

1

client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6. The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

7. An appropriate order follows.


Dated: _April 19, 2023_       _s/ Noel L. Hillman_
At Camden, New Jersey       NOEL L. HILLMAN, U.S.D.J.